1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
          333 Market Street, Suite 1500
5         San Francisco, California 94105
          Telephone:  (415) 977-8961
6         Facsimile:  (415) 744-0134
          Email: cynthia.denardi@ssa.gov
7
   Attorneys for Defendant
8
              UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA
                     FRESNO DIVISION
10

11 DARLENE DUNN,                    )  CIVIL NO. 1;10-cv-01056-GSA
                                    )
12          Plaintiff,              )  **STIPULATION AND ORDER FOR**
                                    )  **A FIRST EXTENSION OF 30 DAYS**
13      vs.                         )  **FOR DEFENDANT TO RESPOND**
                                    )  **TO PLAINTIFF'S OPENING BRIEF**
14 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
15                                  )
                                    )
16          Defendant.              )
                                    )
17 _____   )

18
          IT IS HEREBY STIPULATED, by and between the parties, through their
19
   respective counsel of record, that Defendant shall have a first extension of time of
20
   30 days to respond to Plaintiff's opening brief.  The undersigned has been on a six-
21
   week assignment to the Region IX, Office of Disability and Adjudication, handling
22
   a new workload of labor relations and employee relations cases in addition to her
23
   own caseload of disability appeals and employment discrimination cases of labor
24
   relations and employee relations cases.  The undersigned's briefing schedule has
25
   been impacted significantly by this temporary assignment.  The current due date is
26
   February 23, 2011.   The new due date will be March 25, 2011.

                                    -1-

1    The parties further stipulate that the Court's Scheduling Order shall be

2  modified accordingly.

3                                             Respectfully submitted,

4

5  Date:  February 17, 2011              /s/Sengthiene Bosavanh*
                                         SENGTHIENE BOSAVANH
6                                        (* by email authorization)
                                         Milam Law
7                                        Attorney for Plaintiff

8

9                                        BENJAMIN B. WAGNER
                                         United States Attorney
10                                       LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
11

12                                       /s/ Cynthia B. De Nardi
                                         CYNTHIA B. DE NARDI
13

14                                       Attorneys for Defendant

15

16                                       **ORDER**

17

18  IT IS SO ORDERED.

19
       Dated:   **February 18, 2011**              **/s/ Gary S. Austin**
20                                         UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

-2-